# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
PETER PENA, JR. and
DANIEL PENA

**DEFENDANTS**
INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, et. al.

**(b)** County of Residence of First Listed Plaintiff   COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
THE THOLLANDER LAW FIRM, LTD.
1048 OGDEN AVENUE, SUITE 200
DOWNERS GROVE, ILLINOIS 60515

Attorneys (If Known)

FILED: JULY 24, 2008
08CV4222
JUDGE HART
MAGISTRATE JUDGE SCHENKIER

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | PERSONAL INJURY | [ ] 640 R.R. & Truck | PROPERTY RIGHTS | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 362 Personal Injury— Med. Malpractice | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [x] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (excl. vet.) | [ ] 365 Personal Injury — Product Liability | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 690 Other | [ ] 840 Trademark | [ ] 490 Cable/Satellite TV |
| [ ] 160 Stockholders' Suits | [ ] 330 Federal Employers' Liability | | | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 340 Marine | LABOR | SOCIAL SECURITY | [ ] 850 Security/Commodity/Exch. |
| [ ] 195 Contract Product Liability | [ ] 345 Marine Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | [ ] 350 Motor Vehicle | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| | [ ] 355 Motor Vehicle Product Liability | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| | [ ] 360 Other Personal Inj. | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| REAL PROPERTY | PERSONAL PROPERTY | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 370 Other Fraud | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 371 Truth in Lending | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 380 Other Personal Property Damage | [ ] 790 Other Labor Litigation | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 385 Property Damage Product Liability | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | CIVIL RIGHTS | | | |
| [ ] 290 All Other Real Property | [ ] 441 Voting | PRISONER PETITIONS | | |
| | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | |
| | [ ] 443 Housing/ Accommodations | Habeas Corpus: | | |
| | [ ] 444 Welfare | [ ] 530 General | | |
| | [ ] 445 ADA—Employment | [ ] 535 Death Penalty | | |
| | [ ] 446 ADA — Other | [ ] 540 Mandamus & Other | | |
| | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | |
| | | [ ] 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

USC SECTION 1961

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

**IX. This case** [x] is not a refiling of a previously dismissed action.

[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE                    SIGNATURE OF ATTORNEY OF RECORD