## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PETER PENA, JR. and DANIEL PENA<br>v.<br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, et al. | FILED: JULY 24, 2008        LI<br>08CV4222<br>JUDGE    HART<br>MAGISTRATE   JUDGE  SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PETER PENA, JR. and DANIEL PENA

| NAME (Type or print) |
|---|
| DAVID C. THOLLANDER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ DAVID C. THOLLANDER |

| FIRM |
|---|
| THE THOLLANDER LAW FIRM, LTD. |

| STREET ADDRESS |
|---|
| 1048 OGDEN AVENUE, SUITE 200 |

| CITY/STATE/ZIP |
|---|
| DOWNERS GROVE, IL 60515 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6202012 | 630-971-9195 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐